UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-80061-CR-COHN/SELTZER

18 USC § 922(a)(6)
18 USC § 922(g)(1)
18 USC § 924(a)(2)

FILED by KZ D.C.
ELECTRONIC

Mar 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAMIKA LYNETTE BELLE,

    Defendant.

_____/

## INDICTMENT

**The Grand Jury charges that:**

### COUNT ONE

On or about December 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**TAMIKA LYNETTE BELLE,**

having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a Springfield, Model XD-9, 9 mm pistol, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## COUNT TWO

On or about December 28, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**TAMIKA LYNETTE BELLE,**

in connection with the acquisition or attempted acquisition of a firearm from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearms, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that she had not been convicted in any court of a felony or any other crime for which the judge could have imprisoned her for more than one year, when in truth and in fact, as the defendant then well knew, she had been convicted of a felony crime for which she could have been imprisoned for more than one year.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80061-CR-COHN/SELTZER

UNITED STATES OF AMERICA

vs.

TAMIKA LYNETTE BELLE,

           **Defendant.**
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants  _____
Total number of counts  _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_

   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

  (Check only one)  (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)  _Yes_
If yes:
Magistrate Case No.  _13-8109--WM_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of  _February 27, 2013_
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

 

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619

*Penalty Sheet(s) attached                                               REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TAMIKA LYNETTE BELLE

Case No: 13-80061-CR-COHN/SELTZER

Count #: 1

Felon in Possession of a Firearm

18 USC §§ 922(g)(1) and 924(a)(2)

\* **Max.Penalty**: 10 years' imprisonment; 3 years' supervised release; $250,000 fine

Count #: 2

False Statement to Firearms Dealer

18 USC §§ 922(a)(6) and 924(a)(2)

\* **Max.Penalty**: 10 years' imprisonment; 3 years' supervised release; $250,000 fine

*\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.*